United States District Court
Southern District of Texas
**ENTERED**
December 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Tariq A. Smith <br>      Plaintiff, <br><br> *versus* <br><br> 700 Plus Credit, LLC <br>      Defendant. | § § § § § § § § § § § | Civil Action: 4:22-cv-03681 |

# Entry of Default

It appears upon the representation of the plaintiff and from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law:

700 Plus Credit, LLC

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55.

Date: December 1, 2022

*Nathan Ochsner, Clerk of Court*

*s/ Melissa Morgan*
*Signature of Clerk or Deputy Clerk*